SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY - 6 2025
ARTHUR JOHNSTON
BY DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 3:25-cr-78-DCB-ASH

TIMOTHY BROWN
a/k/a KT

21 U.S.C. § 841(a)(1)

**The Grand Jury charges:**

COUNT 1

On or about, August 11, 2022, in Hinds County, in the Northern Division of the Southern District of Mississippi, the defendant, **TIMOTHY BROWN a/k/a KT**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl) -4 piperidinyl] propenamide, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT 2

On or about, February 28, 2024, in Hinds County, in the Northern Division of the Southern District of Mississippi, the defendant, **TIMOTHY BROWN a/k/a KT**, aided and abetted by others known and unknown to the Grand Jury, did knowingly possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

COUNT 3

On or about, April 4, 2024, in Hinds County, in the Northern Division of the Southern District of Mississippi, the defendant, **TIMOTHY BROWN a/k/a KT**, aided and abetted by

others known and unknown to the Grand Jury, did knowingly possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

COUNT 4

On or about, April 4, 2024, in Hinds County, in the Northern Division of the Southern District of Mississippi, the defendant, **TIMOTHY BROWN a/k/a KT**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl) -4 piperidinyl] propenamide, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT 5

On or about, September 13, 2024, in Hinds County, in the Northern Division of the Southern District of Mississippi, the defendant, **TIMOTHY BROWN a/k/a KT**, aided and abetted by others known and unknown to the Grand Jury, did knowingly possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

COUNT 6

On or about, October 3, 2024, in Hinds County, in the Northern Division of the Southern District of Mississippi, the defendant, **TIMOTHY BROWN a/k/a KT**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in

violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

COUNT 7

On or about, October 3, 2024, in Hinds County, in the Northern Division of the Southern District of Mississippi, the defendant, **TIMOTHY BROWN a/k/a KT**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

COUNT 8

On or about, October 3, 2024, in Hinds County, in the Northern Division of the Southern District of Mississippi, the defendant, **TIMOTHY BROWN a/k/a KT**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute 27 grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

COUNT 9

On or about, October 3, 2024, in Hinds County, in the Northern Division of the Southern District of Mississippi, the defendant, **TIMOTHY BROWN a/k/a KT**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl) -4 piperidinyl] propenamide, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

**NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c).

for PATRICK A. LEMON
Acting United States Attorney

A TRUE BILL:
S/ SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 6 day of May 2025.

UNITED STATES MAGISTRATE JUDGE