PRAECIPE FOR WARRANT

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 06 2025
ARTHUR JOHNSTON
BY ______ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 3:25-cr-78-DCB-ASH

TIMOTHY BROWN
a/k/a KT
(wherever found)

The Clerk of this Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 6th day of May 2025.

This the 6th day of May 2025.

PATRICK LEMON
Acting United States Attorney

By: C. T. [signature]
C. BRETT GRANTHAM
Assistant U.S. Attorney
MSB #105201

Warrant issued:________________

(CBG/FBI)