**U.S. Department of Justice**
*Office of the United States Attorney*
*Southern District of Mississippi*

501 E. Court Street, Suite 4.430
Jackson, Mississippi 39201-0101

601.973.2887 (Direct Phone)
601.965.4409 (Facsimile)

May 23, 2025

**VIA USAFx**
**Sanford E. Knott, Esq.**
SANFORD KNOTT & ASSOCIATES, PA
P. O. Box 1208
425 South State Street 39205
Jackson, MS 39215-1208

Re: *United States v. Timothy Brown* Criminal No. 3:25-cr-00078-DCB-ASH

Dear Counsel:

Find enclosed, pursuant to the Order Regarding Discovery, Federal Rule of Criminal Procedure 16, and Brady, the **United States' initial discovery** which consists of the following:

**GOVT-000001-BROWN – GOVT-000277-BROWN**

GOVT-000001-BROWN - GOVT-000265-BROWN.pdf
GOVT-000266-BROWN - GOVT-000277-BROWN (Media)

The United States requests that you provide the defendant's discovery as required by the Order Regarding Discovery and Rule 16(b).

I take this opportunity to remind you that, pursuant to the Order Regarding Discovery, the Grand Jury and investigative materials which are provided by the United States Attorney are to be held and used by the attorneys solely for purposes of preparation for and conducting the litigation herein, pre-trial hearings, and trials; and such information is not to be given or shown to any person, or copied, or reproduced in any manner, except for the sole purposes of preparing for and conducting direct examination and cross examination of witnesses at either pre-trial hearings or trials. The materials relating to each witness are to be returned to me immediately after the witness finishes testifying.

I would point out that some of the discovery material may be redacted to protect (1) privileged information; (2) personal identifying information (e.g., witnesses' social security

numbers, dates of birth, addresses and telephone numbers); and (3) other information, disclosure of which could compromise unrelated investigations.

The United States acknowledges its continuing discovery obligation and will provide such copies of additional material as required by law.

Sincerely yours,

PATRICK A. LEMON
Acting United States Attorney

*s/ Brett Grantham*
Brett Grantham
Assistant United States Attorney