IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.

**SUPERSEDING INDICTMENT**
CRIMINAL NO. 3:25-cr-78-DCB-ASH

TIMOTHY BROWN
a/k/a KT

NOTICE OF MAXIMUM PENALTY

**Counts 1, 4 and 9:**

**Possession with Intent to Distribute a Controlled Substance, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (Fentanyl)**
21 U.S.C. §§ 841(a)(1) and (b)(1)(C)

- Not more than (20) years
- Not more than a $1,000,000 fine
- At least three (3) years supervised release
- $100 special assessment

**Counts 2, 3, 5, and 6:**

**Possession with Intent to Distribute a Controlled Substance, Methamphetamine**
21 U.S.C. §§ 841(a)(1) and (b)(1)(A)

- Not less ten (10) years, not more than life imprisonment
- Not more than a $10,000,000 fine
- At least five (5) years supervised release
- $100 special assessment

**Count 7:**

**Possession with Intent to Distribute a Controlled Substance, Methamphetamine**
21 U.S.C. §§ 841(a)(1) and (b)(1)(B)

- Not less than five (5) years, not more than forty (40) years imprisonment
- Not more than a $5,000,000 fine
- At least four (4) years supervised release
- $100 special assessment

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.

TIMOTHY BROWN
a/k/a KT

**SUPERSEDING INDICTMENT**
CRIMINAL NO. 3:25-cr-78-DCB-ASH

**Count 8:**

**Possession with Intent to Distribute a Controlled Substance, Cocaine Base**
21 U.S.C. §§ 841(a)(1) and (b)(1)(C)

- Not more than (20) years
- Not more than a $1,000,000 fine
- At least three (3) years supervised release
- $100 special assessment

**Count 10:**

**Possession of Ammunition by a Prohibited Person**
18 U.S.C. § 922(g)(1)

- Not more than fifteen (15) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment

If sentenced as an Armed Career Criminal under 18 U.S.C. § 924(e)

- Not less than fifteen (15) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment