SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 10 2025
ARTHUR JOHNSTON
BY DEPUTY

# CRIMINAL CASE COVER SHEET

U.S. District Court

PLACE OF OFFENSE:

CITY: ______

COUNTY: Hinds

**RELATED CASE INFORMATION:**

SUPERSEDING INDICTMENT X DOCKET # 3:25cr78-DCB-ASH

SAME DEFENDANT ______ NEW DEFENDANT ______

MAGISTRATE JUDGE CASE NUMBER ______

R 20/ R 40 FROM DISTRICT OF ______

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES x NO

MATTER TO BE SEALED: ____ YES x NO

NAME/ALIAS: TIMOTHY BROWN a/k/a KT

**U.S. ATTORNEY INFORMATION:**

AUSA Brett Grantham BAR # 105201

INTERPRETER: x NO ____ YES LIST LANGUAGE AND/OR DIALECT: ______

**LOCATION STATUS:** ARREST DATE 05/19/2025

x ALREADY IN FEDERAL CUSTODY AS OF 05/19/2025

____ ALREADY IN STATE CUSTODY

____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 10 ______ PETTY ______ MISDEMEANOR 10 FELONY

| (CLERK'S OFFICE USE ONLY) | | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|---|
| Set 1 | 21:841A=CD.F | 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute a Controlled Substance Fentanyl | 1, 4, 9 |
| Set 2 | 21:841A=CD.F | 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute a Controlled Substance Methamphetamine | 2-3, 5-6 |
| Set 3 | 21:841A=CD.F | 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute a Controlled Substance Methamphetamine | 7 |
| Set 4 | 21:841A=CD.F | 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute a Controlled Substance Cocaine | 8 |
| Set 5 | 18:922G.F | 18 U.S.C. § 922(g)(1) | Possession of Ammunition by a Prohibited Person | 10 |

**SIGNATURE OF AUSA:** ______

Revised 9/22/2020