IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA PLAINTIFF

V. CRIMINAL NO. 3:25-CR-00078-DCB-ASH

TIMOTHY BROWN DEFENDANT
A/K/A KT

**REPLY TO MOTION IN RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

And now having reviewed the government's response to Defendant Timothy Brown's motion to dismiss his indictment, Brown would, again, request an evidentiary hearing on the issues raised, herein, without the necessity of submitting a reply memorandum.

WHEREFORE, PREMISES CONSIDERED, undersigned counsel prays that the Court will grant the relief sought herein.

RESPECTFULLY SUBMITTED this the 13th day of February, 2026.

**/s/ Sanford E. Knott**
SANFORD KNOTT, MSB #8477

OF COUNSEL:
SANFORD KNOTT & ASSOCIATES, P.A.
Post Office Box 1208
Jackson, Mississippi 39215-1208
Telephone Number: (601) 355-2000
Facsimile Number: (601) 355-2600

# CERTIFICATE OF SERVICE

I, Sanford E. Knott, counsel for Defendant, do hereby, certify that I have on this day hand and electronically delivered, a true and correct copy of the foregoing document to the following:

Brett.Grantham@usdoj.gov
Brett Grantham, Esquire
Office of the United States Attorney
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201

This the 13th day of February, 2026.

**/s/ Sanford E. Knott**
SANFORD E. KNOTT, ESQUIRE