IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO.: 3:25-cr-78-DCB-ASH

TIMOTHY BROWN
a/k/a KT

NOTICE OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that the undersigned hereby enters his appearance as counsel for the United States of America:

CHARLES W. KIRKHAM
Assistant U.S. Attorney
501 E. Court Street, Ste 4.430
Jackson, MS 39201
Ph: (601) 965-4480
Fax: (601) 965-4409
Mississippi Bar No. 102022
E-mail: chet.kirkham@usdoj.gov

Service of all pleadings, papers, and documents required to be served in this action on the Defendant should also be served on the above-named appearing counsel for the Government.

THIS, the 3rd day of September 2026.

Respectfully submitted,

J.E. BAXTER KRUGER
United States Attorney

By: *s/Charles W. Kirkham*
CHARLES W. KIRKHAM