IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA PLAINTIFF

V. CRIMINAL NO. 3:25-CR-00078-DCB-ASH

TIMOTHY BROWN DEFENDANT
A/K/A KT

**ORDER GRANTING CONTINUANCE**

THIS CAUSE having come before the Court on the motion for the Defendant Timothy Brown for continuance of this matter, and the Court having considered said motion, finds that for the following reasons said motion is well taken and is hereby granted, and that the period of delay shall be excluded in computing the time within which the trial of this matter commences in accordance with the Speedy Trial Act, 18 U.S.C.§ 3161.

Also having duly considered the factors articulated in 18 U.S.C. § 3161(h)(7)(B)(iv) to determine the appropriateness of a continuance, the Court finds that given the failure to grant such a continuance would deny counsel for the Defendant or the the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Pursuant to 18 U.S.C.(h)(7)(A), the ends of justice outweigh the best interests of the public and the defendant in a speedy trial in this cause and are best served by granting the requested continuance.

The Court finds that the Defendant has waived any speedy trial objections heretofore arising or which may arise as a result of this requested continence under the Speedy Trial Act of the Constitution in the case at bar.

IT IS THEREFORE ORDERED that this matter be, and is hereby, continued to the Court's next criminal trial term, beginning November 2, 2026, and all deadlines are reset accordingly, and that the period of delay shall be excluded in computing the time within which the trial of this matter commences in accordance with the Speedy Trial Act.

SO ORDERED this the 4th day of September, 2026.

s/David Bramlette___________
HON. DAVID BRAMLETTE
U.S. DISTRICT COURT JUDGE

AGREED:

*/s/ Sanford E. Knott*
Sanford E. Knott, MSB #8477
Counsel for Timothy Brown