FD-302 (Rev. 5-8-10)

OFFICIAL RECORD

# FEDERAL BUREAU OF INVESTIGATION

Date of entry 10/10/2024

Timothy Brown, date of birth (DOB) July 5, 1980, was interviewed at 3654 Lee Drive, Jackson, Mississippi (MS) 39212. Brown was arrested coming from inside the residence of 3655 Lee Drive. Brown advised that he was asleep and did not know Agents were looking for him, despite Agents speaking with Laneekia Gibson, the owner of 3655 Lee Drive earlier that morning. Agents attempted to retrieve personal belongings of Brown from the residence of 3655 Lee Drive, but were unable to locate his Samsung cellphone, wallet, any form identification, or keys to his white Chevrolet Tahoe parked in the front yard.. Brown believed that Gibson must have taken them while he was asleep.

Brown was advised of the nature of the interview and identity of the interviewing parties, Special Agent (SA) Zavier Williams, SA Samuel Casey Fleming, and Task Force Officer (TFO) Mashanna Gibbs. Brown was read his Miranda Rights directly from the FD-395 (Advice of Rights Form). Brown stated he understood his rights and did not wish to answer any questions without an attorney present.

Investigation on 10/03/2024 at Jackson, Mississippi, United States (In Person)

File # 245C-JN-3499260 Date drafted 10/07/2024

by Zavier L. Williams, FLEMING SAMUEL CASEY

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

EXHIBIT B