IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v. CRMINAL NO. 3:25-CR-78-DCB-ASH

TIMOTHY BROWN

UNOPPOSED MOTION FOR EXTENSION OF RESPONSE DEADLINE

COMES NOW the United States of America, by and through the Office of the United States Attorney, and respectfully requests that this Honorable Court extend the government's deadline to file a response to the Defendant's Motion to Reconsider Order Denying Motion to Dismiss Indictment [ECF No. 65] by four days. In support thereof, the government states the following:

On October 14, 2026, the Defendant, though counsel, filed a motion requesting that the Court reconsider its Order denying the Defendant's prior motion to dismiss the indictment. *See* ECF Nos. 61 and 65. Pursuant to Local Rule 47(C)(1), the government's response to that motion is due on Monday, October 26, 2026. The government needs additional time to draft a response to this motion due to time constraints imposed by the assigned AUSA's workload. The trial of this case is currently set for November 2, 2026. The government conferred with Counsel for the Defendant and the Defendant has no objection to the government's request for an extension of the filing deadline. The government therefore respectfully requests an extension of four days, to Friday, October 30, 2026. The government will not oppose any reasonable request for additional time by the Defendant to file a reply to the government's response.

Wherefore, premises considered, the government respectfully requests that this Honorable Court extend the government's deadline to file a response to the Defendant's Motion

to Reconsider Order Denying Motion to Dismiss Indictment [ECF No. 65] to Friday, October 30, 2026.

RESPECTFULLY SUBMITTED the 23rd day of October 2026.

J.E. BAXTER KRUGER
United States Attorney

By: *s/Charles W. Kirkham*

CHARLES W. KIRKHAM
Assistant U.S. Attorney
501 E. Court Street, Ste 4.430
Jackson, MS 39201
Ph: (601) 965-4480
Fax: (601) 965-4409
Mississippi Bar No. 102022

## CERTIFICATE OF SERVICE

I hereby certify that this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification to all ECF participant(s) of this record.

DATED Friday, October 23, 2026.

*s/Charles W. Kirkham*
CHARLES W. KIRKHAM
Assistant United States Attorney