IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v. CRMINAL NO. 3:25-CR-78-DCB-ASH

TIMOTHY BROWN

**ORDER**

On October 14, 2026, the Defendant filed a motion requesting that the Court reconsider its order denying the Defendant's motion dismiss the indictment in this case [ECF No. 65]. On October 23, 2026, the government filed an unopposed motion requesting that the Court extend the government's response deadline to the Defendant's motion [ECF No. 66] to Friday, October 30, 2026. The Defendant has no objection to the government's request. The Court, having considered the government's motion, finds that it is well taken and should be granted.

It is therefore ordered that the government's response to the Defendant's motion [ECF No. 65] shall be filed no later than Friday, October 30, 2026.

SO ORDERED this the 26th day of October 2026.

s/David Bramlette
HON. DAVID BRAMLETTE III
UNITED STATES DISTRICT JUDGE