IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA PLAINTIFF

V. CRIMINAL NO. 3:25-CR-00078-DCB-ASH

TIMOTHY BROWN DEFENDANT
A/K/A KT

# MOTION TO CONTINUE TRIAL

COMES NOW Defendant, Timothy Brown, by and through counsel, and files this his Motion to Continue Trial and would state unto the Honorable Court the following, to wit:

1. Defendant Timothy Brown is before the Court on an indictment dated May 6, 2025, charging him with possession with intent to distribute fentanyl (x3), possession with intent to distribute 50 grams or more of methamphetamine (x5), and possession with intent to distribute cocaine. A superseding indictment was returned on June 10, 2025, wherein, Brown was additionally charged with possession of ammunition by a convicted felon.

2. Defendant is scheduled for trial on November 2, 2026 at 9:00 a.m.

3. However, Defendant has pending before the Court his motion that requests reconsideration of his motion to dismiss the indictment due to lack of speedy trial. The government's response is due by October 30, 2026, and an evidentiary hearing has been requested. Therefore, the defense is requesting that the trial be continued given that the pending motion is a dispositive motion.

4. Defense counsel has spoken with the government counsel, and there is no objection to said continuance.

5. Further, Defendant has waived his right to a speedy trial and believes that the ends of justice will be best served if a continuance is granted.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Court will grant the continuance as requested herein.

RESPECTFULLY SUBMITTED, this the 28th day of October, 2026.

TIMOTHY BROWN,
DEFENDANT

BY: **/s/ Sanford E. Knott**
SANFORD E. KNOTT, MSB# 8477

OF COUNSEL:
SANFORD KNOTT & ASSOCIATES, P.A.
Post Office Box 1208
Jackson, Mississippi 39215-1208
Telephone Number: (601) 355-2000

**CERTIFICATE OF SERVICE**

I, Sanford E. Knott, attorney for Defendant, do hereby certify that I have on this date electronically filed via, the Electronic Case Filing System, with the Clerk of the Court a true and correct copy of the foregoing document and an e-mailed copy sent to the following:

Brett.Grantham@usdoj.gov
Brett Grantham, Esquire
Office of the United States Attorney
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201

This the 28th day of October, 2026.

**/s/ Sanford E. Knott**
SANFORD E. KNOTT, MSB#8477