IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA PLAINTIFF

V. CRIMINAL NO. 3:25-CR-00078-DCB-ASH

TIMOTHY BROWN
A/K/A KT DEFENDANT

**ORDER CONTINUING CAUSE**

Came on for consideration this day the defendant's motion to continue trial in the above-styled indictment, and the Court, having been fully advised in the premises, specifically having been advised that the defendant has pending a dispositive motion before this Court and that it is in the public interest to grant such motion for a continuance, finds that the defendant's motion is meritorious, and further finds that the ends of justice would best be served by granting the requested continuance insofar as the defendant's and the public's interest in a speedy and public trial is concerned, and further finds that the failure to grant such continuance would result in a miscarriage of justice. The Court, therefore, finds that the defendant's motion should be, and it hereby is, granted. It is, therefore,

ORDERED AND ADJUDGED that the ends of justice are best served by granting the defendant's motion for a continuance of the Cause, that the Court specifically finds that the granting of such continuance outweighs the best interest of the public and the defendant in a speedy public trial, and that the failure to grant such continuance would likely make the continuation of such proceedings impossible and would result in a

miscarriage of justice. The Court finds that the defendant has specifically waived any speedy trial objections arising or which may arise as a result of this requested continuance. The Court, further, orders that the trial of this cause shall be continued until the next term of court.

SO, ORDERED AND ADJUDGED, this the 2nd day of November, 2026.

s/David Bramlette
UNITED STATES DISTRICT JUDGE

**/s/ Sanford E. Knott**
SANFORD E. KNOTT, MSB #8477
COUNSEL FOR DEFENDANT

Charles W. Kirkham
CHARLES W. KIRKHAM
OFFICE OF THE U.S. ATTORNEY